**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bryant Everett PLANTER, a/k/a
B.P., Defendant–Appellant.**

No. 12–6260.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 7, 2012.

Decided: June 13, 2012.

Bryant Everett Planter, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before DUNCAN, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Everett Planter appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and conclude that Planter is not eligible for a sentencing reduction because Amendment 750 to the Sentencing Guide-

* To the extent Planter's motion challenged the factual basis for his conviction and sentence, such claims are not properly raised in a § 3582 motion. *See United States v. Stewart,*

lines does not lower his Guidelines range.* *See* § 3582(c)(2); *U.S. Sentencing Guidelines Manual* ("USSG") § 1B1.10; USSG App. C, Amendment 750 (effective Nov. 1, 2011). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

595 F.3d 197, 201 (4th Cir.2010) (noting that § 3582 proceeding is "not considered a full resentencing by the court").